# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Woods, Gregory H. | 2. Court or Organization<br><br>Southern District of New York | 3. Date of Report<br><br>05/14/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Court Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

| 7. Chambers or Office Address |
|---|
| United States Courthouse<br>500 Pearl Street<br>New York, NY 10007 |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | MEMBER, BOARD OF TRUSTEES | WILLIAMS COLLEGE |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 03/1999 | Continuing participation in 401(k) plan sponsored by Debevoise & Plimpton LLP. No further contributions by employer. |
| 2. | 01/2005 | Continuing participation in 401(k) plan sponsored by Debevoise & Plimpton LLP. No further contributions by employer. |
| 3. | 01/2005 | Debevoise & Plimpton LLP Cash Balance Retirement Plan for Partners. No further contributions by employer. |

| Name of Person Reporting | Date of Report |
|---|---|
| Woods, Gregory H. | 05/14/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woods, Gregory H. | 05/14/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woods, Gregory H. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JP MORGAN CHASE ACCOUNTS (CASH) | A | Interest | M | T | | | | | |
| 2. CREF STOCK R2 | | None | J | T | | | | | |
| 3. CREF GROWTH R2 | | None | J | T | | | | | |
| 4. CREF SOCIAL CHOICE R2 | | None | J | T | | | | | |
| 5. MGJ REALTY CORPORATION (COMMON STOCK OF PRIVATE CORP.) | C | Distribution | L | W | | | | | |
| 6. ▓▓▓▓▓ (COMMON STOCK OF PRIVATE CORP.) | E | Dividend | O | W | | | | | |
| 7. RENTAL PROPERTY #1, NEW YORK, NY | E | Rent | O | W | | | | | |
| 8. RETIREMENT ACCOUNT #1 (H) | | | | | | | | | |
| 9. VANGUARD FEDERAL MONEY MARKET FUND | B | Dividend | L | T | | | | | |
| 10. VANGUARD US VALUE FUND | A | Dividend | J | T | | | | | |
| 11. VANGUARD SELECTED VALUE FUND | A | Dividend | J | T | | | | | |
| 12. VANGUARD MID-CAP GROWTH FUND | C | Dividend | K | T | | | | | |
| 13. VANGUARD INST INDEX FUND | A | Dividend | K | T | | | | | |
| 14. VANGUARD WELLINGTON FUND | A | Dividend | J | T | | | | | |
| 15. VANGUARD MORGAN GROWTH FUND | C | Dividend | K | T | | | | | |
| 16. VANGUARD INFLA-PROTECTED SEC | A | Dividend | J | T | | | | | |
| 17. VANGUARD TOTAL BOND MKT INDEX | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woods, Gregory H. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. VANGUARD HEALTH CARE FUND | A | Dividend | J | T | | | | | |
| 19. VANGUARD TOTAL INT'L STOCK INDEX | A | Dividend | K | T | | | | | |
| 20. VANGUARD WINDSOR FUND | B | Dividend | K | T | | | | | |
| 21. VANGUARD EXPLORER FUND | B | Dividend | J | T | | | | | |
| 22. VANGUARD EXTENDED MKT INDEX | A | Dividend | J | T | | | | | |
| 23. RETIREMENT ACCOUNT #2 (H) | | | | | | | | | |
| 24. VANGUARD US VALUE FUND | A | Dividend | J | T | | | | | |
| 25. VANGUARD SELECTED VALUE FUND | A | Dividend | J | T | | | | | |
| 26. VANGUARD MID-CAP GROWTH FUND | A | Dividend | J | T | | | | | |
| 27. VANGUARD INST INDEX FUND | C | Dividend | M | T | | | | | |
| 28. VANGUARD WELLINGTON FUND | A | Dividend | J | T | | | | | |
| 29. VANGUARD MORGAN GROWTH FUND | B | Dividend | K | T | | | | | |
| 30. VANGUARD INFLA-PROTECTED SEC | A | Dividend | J | T | | | | | |
| 31. VANGUARD RETIRE SAVINGS TRUST III | A | Dividend | J | T | | | | | |
| 32. VANGUARD TOTAL BOND MKT INDEX | A | Dividend | J | T | | | | | |
| 33. VANGUARD HEALTH CARE FUND | A | Dividend | J | T | | | | | |
| 34. VANGUARD TOTAL INT'L STOCK INDEX | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woods, Gregory H. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. VANGUARD WINDSOR FUND | A | Dividend | J | T | | | | | |
| 36. VANGUARD EXPLORER FUND | A | Dividend | J | T | | | | | |
| 37. VANGUARD EXTENDED MKT INDEX | A | Dividend | J | T | | | | | |
| 38. RETIREMENT PLAN #3 (H) | | | | | | | | | |
| 39. DEBEVOISE & PLIMPTON LLP CASH BALANCE RETIREMENT PLAN FOR PARTNERS | D | Interest | L | T | | | | | |
| 40. IRA #1 (H) | | | | | | | | | |
| 41. BLACKROCK LARGE CAP FOCUS GROWTH FUND (MCLHX) | D | Dividend | K | T | | | | | |
| 42. IRA #2 (H) | | | | | | | | | |
| 43. BLACKROCK LARGE CAP FOCUS GROWTH FUND (MCLHX) | D | Dividend | K | T | | | | | |
| 44. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 45. JP MORGAN DEPOSIT SWEEP ACCOUNT (CASH) | A | Interest | J | T | | | | | |
| 46. AMG TR IV MANAGERS PICTET INTL FD (APCZX) | B | Dividend | K | T | Buy (add'l) | 02/07/18 | J | | |
| 47. | | | | | Sold (part) | 09/20/18 | J | A | |
| 48. | | | | | Sold (part) | 10/17/18 | J | A | |
| 49. BLACKROCK INDEX FDS INC INTL (BTMKX) | C | Dividend | L | T | Buy (add'l) | 02/07/18 | J | | |
| 50. | | | | | Sold (part) | 08/17/18 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woods, Gregory H. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. | | | | | Sold (part) | 10/17/18 | J | A | |
| 52. BROWN ADVISORY FDS WMC STRATEGIC EUROPEAN EQI INSTL (BAFHX) | A | Dividend | K | T | Sold (part) | 03/26/18 | J | A | |
| 53. | | | | | Sold (part) | 06/12/18 | J | B | |
| 54. CAUSEWAY CAP MGMT TR INTL VALUE FD INSTL CL (CIVIX) | B | Dividend | K | T | Buy (add'l) | 02/07/18 | J | | |
| 55. | | | | | Sold (part) | 09/20/18 | J | A | |
| 56. | | | | | Sold (part) | 10/17/18 | J | A | |
| 57. DODGE & COX FUNDS INTERNATIONAL STOCK FUND (DODFX) | A | Dividend | J | T | Buy (add'l) | 02/07/18 | J | | |
| 58. | | | | | Sold (part) | 09/20/18 | J | | |
| 59. | | | | | Sold (part) | 10/17/18 | J | A | |
| 60. FIDELITY 500 INDEX FUND INST PREM CL (FXAIX) | A | Dividend | K | T | Buy | 02/09/18 | J | | |
| 61. | | | | | Buy (add'l) | 02/15/18 | J | | |
| 62. HARRIS ASSOC INVT TR OAKMARK FUND INSTL CL EST (OANMX) | B | Dividend | J | T | Sold (part) | 03/26/18 | J | | |
| 63. | | | | | Sold (part) | 10/17/18 | J | B | |
| 64. ISHARES MCSI JAPAN ETF (EWJ) | A | Dividend | K | T | Buy (add'l) | 01/11/18 | J | | |
| 65. ISHARES MSCI EAFE ETF (EFA) | A | Dividend | | | Sold (part) | 06/12/18 | J | B | |
| 66. | | | | | Sold (part) | 07/11/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woods, Gregory H. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 67. | | | | | Sold | 08/17/18 | J | A | |
| 68. JPMORG EXCH TRADED FD TR BETABLDRS CDA (BBCA) | A | Dividend | J | T | Buy | 08/17/18 | J | | |
| 69. | | | | | Buy (add'l) | 09/20/18 | J | | |
| 70. JPMORG EXCH TRADED FD BETABLDRS DEV ASIA EX JAP (BBAX) | A | Dividend | J | T | Buy | 08/17/18 | J | | |
| 71. JPMORG EXCH TRADED FD BETABLDRS EUROPE (BBEU) | A | Dividend | K | T | Buy | 08/17/18 | K | | |
| 72. JPMORG EXCH TRADED FD TR BETABLDRS JAP ETF (BBJP) | A | Dividend | K | T | Buy | 07/11/18 | J | | |
| 73. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 74. | | | | | Buy (add'l) | 11/02/18 | J | | |
| 75. JP MORGAN TR 1 US EQUITY FD (JUEMX) | C | Dividend | K | T | Sold (part) | 10/17/18 | J | | |
| 76. MASSCHUSETTS INVESTORS TRUST CL 1 (MITIX) | B | Dividend | J | T | Sold (part) | 10/17/18 | J | B | |
| 77. SIX CIRCLES TR INTL UNCONST EQ FD (CIUEX) | A | Dividend | J | T | Buy | 10/17/18 | J | | |
| 78. SIX CIRCLES TR US UNCONST EQ FD (CUSUX) | A | Dividend | K | T | Buy | 10/17/18 | K | | |
| 79. SPDR S&P 500 ETF TRUST (SPY) | C | Dividend | M | T | Sold (part) | 01/31/18 | J | C | |
| 80. VANGUARD INDEX TR 500 INDEX FD (VFIAX) | B | Dividend | L | T | Buy (add'l) | 01/11/18 | J | | |
| 81. | | | | | Buy (add'l) | 09/20/18 | J | | |
| 82. | | | | | Buy (add'l) | 11/02/18 | J | | |
| 83. AMERICAN CENTURY MUN TR INT TERM TAX FREE (ATBYX) | B | Dividend | L | T | Buy (add'l) | 02/07/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woods, Gregory H. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84. | | | | | Buy (add'l) | 03/15/18 | J | | |
| 85. | | | | | Sold (part) | 03/26/18 | J | | |
| 86. BERNSTEIN SANFORD C FD INC AB INTR DIVERSIFIED MUN PORT ADV CL (AIDYX) | B | Dividend | L | T | Buy (add'l) | 02/07/18 | J | | |
| 87. | | | | | Buy (add'l) | 03/15/18 | J | | |
| 88. | | | | | Sold (part) | 03/26/18 | J | | |
| 89. BLACKROCK FDS HIGH YIELD BD PORTFOLIO (BRHYX) | A | Dividend | J | T | Buy (add'l) | 02/07/18 | J | | |
| 90. | | | | | Sold (part) | 02/15/18 | J | A | |
| 91. BLACKROCK MUN BOND FUND INC CL K (BNMLX) | A | Dividend | K | T | Buy (add'l) | 02/07/18 | J | | |
| 92. DODGE & COX INCOME FUND (DODIX) | A | Dividend | K | T | Buy | 01/11/18 | K | | |
| 93. | | | | | Buy (add'l) | 02/07/18 | J | | |
| 94. JOHN HANCOCK FDS II STRAT INC OPP FD (JIPRX) | A | Dividend | | | Buy | 03/15/18 | J | | |
| 95. | | | | | Sold | 12/12/18 | J | | |
| 96. ISHARES TR SHS 1-3 YR TREAS BD (SHY) | A | Dividend | K | T | Buy | 06/12/18 | J | | |
| 97. | | | | | Buy (add'l) | 12/12/18 | K | | |
| 98. JOHN HANCOCK INCOME FUND (JSTIX) (X) | A | Dividend | J | T | Sold (part) | 12/12/18 | J | | |
| 99. JP MORGAN TR II SHORT-INTER MUN BD FD INSTL (JIMIX) | A | Dividend | J | T | Sold (part) | 01/11/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woods, Gregory H. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 100. LORD ABBETT SHORT DURATION INCOME FD (LOLDX) | A | Dividend | | | Sold | 03/15/18 | J | | |
| 101. MAINSTAY HIGH YIELD CORPORATE BOND FUND CL 1 (MHYSX) | A | Dividend | | | Sold (part) | 01/31/18 | J | A | |
| 102. | | | | | Sold | 02/15/18 | J | A | |
| 103. PIMCO LOW DURATION FUND INSTL CL (PTLDX) | A | Dividend | | | Sold (part) | 01/11/18 | J | | |
| 104. | | | | | Sold (part) | 01/31/18 | J | | |
| 105. | | | | | Sold | 02/09/18 | J | | |
| 106. PIMCO SHORT TRM FD INST CL (PTSHX) | A | Dividend | | | Buy | 02/15/18 | J | | |
| 107. | | | | | Buy (add'l) | 06/12/18 | J | | |
| 108. | | | | | Sold | 10/17/18 | K | A | |
| 109. PIMCO TOTAL RETURN FUND INSTL CL (PTTRX) | A | Dividend | K | T | Sold (part) | 12/12/18 | J | | |
| 110. T. ROWE PRICE INTL FUNDS INC EMERGING MARKETS (PRXIX) | A | Dividend | J | T | Sold (part) | 02/15/18 | J | | |
| 111. SIX CIRCLES TR TAX AWARE ULT SHT DUR FD (CUTAX) | A | Dividend | K | T | Buy | 10/17/18 | K | | |
| 112. TAX EXEMPT BD FD AMER CL F (TFEBX) | A | Dividend | K | T | Buy | 01/11/18 | K | | |
| 113. | | | | | Buy (add'l) | 01/31/18 | J | | |
| 114. VANGUARD SHORT TERM INFL PROT SEC INDEX FD (VTIP) | A | Dividend | J | T | Buy | 01/31/18 | J | | |
| 115. | | | | | Sold (part) | 03/15/18 | J | A | |
| 116. BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 11 of 14

**Name of Person Reporting**

Woods, Gregory H.

**Date of Report**

05/14/2019

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 117. VANGUARD PRIME MONEY MARKET FUND | B | Int./Div. | J | T | | | | | |
| 118. VANGUARD REIT INDEX FUND INV | A | Dividend | J | T | | | | | |
| 119. VANGUARD SMALL CAP INDEX FUND ADM | A | Dividend | J | T | | | | | |
| 120. VANGUARD SMALL-CAP VALUE INDEX | A | Dividend | J | T | | | | | |
| 121. VANGUARD TOTAL INTL STOCK IX ADMIRAL | A | Dividend | K | T | | | | | |
| 122. VANGUARD TOTAL BOND MKT INDEX ADM | B | Dividend | L | T | | | | | |
| 123. VANGUARD TOTAL STOCK MKT IDX ADM | A | Dividend | K | T | | | | | |
| 124. VANGUARD WELLINGTON FUND INV | C | Dividend | K | T | | | | | |
| 125. VANGUARD 500 INDEX ADM | B | Dividend | L | T | | | | | |
| 126. NEW YORK 529 COLLEGE SAVINGS DIRECT PLAN #1 (H) | | | | | | | | | |
| 127. AGGRESSIVE AGE-BASED OPTION: DISCIPLINED GROWTH PORTFOLIO | | None | K | T | | | | | |
| 128. MODERATE AGE-BASED OPTION: CONSERVATIVE PORTFOLIO | | None | K | T | | | | | |
| 129. INFLATION PROTECTED SECURITIES PORTFOLIO | | None | L | T | | | | | |
| 130. CONSERVATIVE AGE-BASED OPTION: BALANCED INCOME PORTFOLIO | | None | L | T | | | | | |
| 131. NEW YORK 529 COLLEGE SAVINGS DIRECT PLAN #2 (H) | | | | | | | | | |
| 132. AGGRESSIVE AGE-BASED OPTION: MODERATE GROWTH PORTFOLIO | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woods, Gregory H. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 133. MODERATE AGE-BASED OPTION: CONSERVATIVE GROWTH PORTFOLIO | | None | K | T | | | | | |
| 134. CONSERVATIVE AGE-BASED OPTION: INCOME PORTFOLIO | | None | L | T | | | | | |
| 135. INFLATION PROTECTED SECURITIES PORTFOLIO | | None | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woods, Gregory H. | 05/14/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 46: Symbol change; corporate action only.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gregory H. Woods**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544